GENERAL ANILINE & FILM CORPORATION, Respondent, v. PHOTO-MARKER CORPORATION, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McNally, JJ.